[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Irvin*, Slip Opinion No. 2022-Ohio-3587.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2022-OHIO-3587

THE STATE OF OHIO, APPELLEE, *v*. IRVIN, APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Irvin*, Slip Opinion No. 2022-Ohio-3587.]**

*Court of appeals' judgment vacated on the authority of* State v. Brooks *and cause remanded.*

(Nos. 2020-1294 and 2020-1420—Submitted October 4, 2022—Decided October 12, 2022.)

APPEAL from and CERTIFIED by the Court of Appeals for Montgomery County, No. 28495, 2020-Ohio-4847.

_____

{¶ 1} The judgment of the court of appeals is vacated on the authority of *State v. Brooks*, __ Ohio St.3d __, 2022-Ohio-2478, __ N.E.3d __, and the cause is remanded to that court for it to conduct a harmless-error analysis.

O'CONNOR, C.J., and KENNEDY, FISCHER, DEWINE, DONNELLY, STEWART, and BRUNNER, JJ., concur.

_____

Mathias H. Heck Jr., Montgomery County Prosecuting Attorney, and Heather N. Ketter, Assistant Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and Stephen P. Hardwick, Assistant Public Defender, for appellant, Lance Irvin.

_____